UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERICK JERROD BROWN (#50808)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 13-84-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Stephen C. Riedlinger dated July 31, 2013 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), without prejudice to any state law claim, and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint and as supplemented at the *Spears* hearing.

Baton Rouge, Louisiana, August 8th 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA